UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDO VILLAREAL HEREDIA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE, et al.,<br><br>    Defendants. | **CASE NO. 1:17-cv-00717-MJS (PC)**<br><br>**ORDER ON DOCKET CORRECTION REFLECTING NAME CHANGE**<br><br>**ORDER DENYING REQUEST FOR COPIES OF LOCAL RULES, RULES CIVIL PROCEDURE, AND RULES OF CRIMINAL PROCEDURE**<br><br>**(ECF No. 5)** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint is pending screening by the Court. (ECF No. 1.)

On June 1, 2017, Plaintiff filed a notice with Court requesting that the Court correct his name from "Armando Heredia Villareal" (the name entered into the electronic filing system by the Clerk) to "Amando Villareal Heredia" (Plaintiff's actual name). (ECF No. 5) Per Plaintiff's request, the correction has been made and is reflected on the case docket.

Plaintiff also requests the Court send him copies of the Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Criminal Procedure. The Court is not

obligated to provide free copies of documents to litigants, and the fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Marrero v. Rose, No. 1:10-CV-00509-LJO, 2013 WL 1314044, at *1 (E.D. Cal. Apr. 1, 2013); see also 28 U.S.C. § 2250 (articulating when an indigent litigant is entitled to copies without cost.) Plaintiff's request for copies of the above-listed documents is thus DENIED. Plaintiff is advised to seek the assistance of his prison law librarian should he wish to refer to these and other rules, regulations, and statutes.

IT IS SO ORDERED.

Dated: June 2, 2017　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE